| | | |
|---|---|---|
| Mohamad Haisam Kodaimati, | ) | C/A No.: 2:26-2556-DCN-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Eric James Adamczyk; Sheriff Carter Weaver, in his official capacity; Lieutenant Alan Jackson, in his individual capacity; Deputy W. Terence Blakely, in his individual capacity; Deputy Levi Bleau, in his individual capacity; Deputy Porter A. Magnuson, in his individual capacity; Sergeant Cortney Grant, in her individual capacity; Elite Towing, LLC, d/b/a Legacy Tow Group; Deputy John Doe, in his individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil action filed by a pro se litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. **This matter remains under initial review pursuant to 28 U.S.C. § 1915**.

<u>PAYMENT OF THE FILING FEE</u>:

Plaintiff has submitted an Application to Proceed Without Prepayment of Fees, which is construed as a Motion for Leave to Proceed in forma pauperis. A review of the motion reveals that Plaintiff does not have the funds to prepay the filing fee. Plaintiff's Motion for Leave to Proceed in forma pauperis is granted. [ECF No. 3].

<u>TO PLAINTIFF</u>:

Plaintiff must place the civil action number listed above (C/A No.: 2:26-2556-DCN-SVH) on any document provided to the court pursuant to this order. Any future filings in this case must be sent to: United States District Court, 901 Richland Street, Columbia, SC 29201. All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. Pro se litigants shall not use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Plaintiff is directed to use letter-sized (eight and one-half inches by eleven inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Plaintiff is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

As a pro se litigant, Plaintiff's attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised in writing (United States District Court, 901 Richland Street, Columbia, South Carolina 29201) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, your case may be dismissed for violating this order. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

                                          s/ Thomas E. Rogers III
June 30, 2026                        Thomas E. Rogers III
Columbia, South Carolina      United States Magistrate Judge